■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. SMITH, Appellant. — Judgment, Supreme Court, New York County (Blangiardo, J.), rendered on May 10, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Fein, Kassal and Alexander, JJ.

■ WILLIAM PENNERMAN, Petitioner, v UNITRON GRAPHICS, Respondent. — Application to reverse or modify the order of the State Human Rights Appeal Board dated November 9, 1982, unanimously denied, and cross motion to dismiss the petition as untimely granted, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Asch, Silverman and Milonas, JJ.

■ MILLICENT LINDEN, Appellant, v LENOX HILL NEIGHBORHOOD ASSOCIATION, Respondent. — Appeal from order, Supreme Court, New York County (Riccobono, J.), entered on August 10, 1982, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Carro, Asch, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED BRADLEY, Appellant. — Judgment, Supreme Court, New York County (B. Roberts, J.), rendered on April 7, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Asch, Bloom and Milonas, JJ.

■ GREAT ATLANTIC INSURANCE COMPANY, on Behalf of Itself and All Others Similarly Situated, Appellant, v COURIER/CITIZEN COMPANY, INC., Respondent. — Judgment, Supreme Court, New York County (Fraiman, J.), entered on May 19, 1982 unanimously affirmed for the reasons stated by Fraiman, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on May 11, 1982 is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. Concur — Sullivan, J. P., Carro, Asch, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK JONES, Appellant. — Judgment of resentence, Supreme Court, New York County (Rothwax, J.), rendered on September 9, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Ross, Milonas, Kassal and Alexander, JJ.